UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE GURNEY, et al., | No. 2: 15-cv-01390-KJM-CKD |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |

In an order filed by the court on July 1, 2015, a status conference was set for November 12, 2015, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed their joint status report on October 23, 2015, but there was no appearance on behalf of defendants California Forensic Medical Group, Baker or Saeger at the November 12, 2015 conference.

Accordingly, Mr. Varanini is ordered to show cause, within seven days of this order, why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

IT IS SO ORDERED.

DATED: November 24, 2015.

_____
UNITED STATES DISTRICT JUDGE

1