**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Bruce S. Alpert, SBN 75684
OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

Attorneys for Defendants, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S DEPARTMENT, KOREY HONEA, JERRY SMITH and ANDREW DUCH

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE GURNEY and CRAIG GURNEY,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S DEPARTMENT; BUTTE COUNTY SHERIFF KOREY HONEA; JERRY SMITH; JAIL COMMANDER ANDREW DUCH; THE CALIFORNIA FORENSIC MEDICAL GROUP, INC.; DR. DOE BAKER; NURSE DEBBIE DOE; and; DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____/ | CASE NO.: 2:15-CV-01390-KJM-CKD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER THEREON**<br><br>Complaint Filed: 6/30/2015<br>Trial Date: 03/13/2017 |

///
///
///

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED, by and between Plaintiffs CATHERINE GURNEY and CRAIG GURNEY and Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S DEPARTMENT, KOREY HONEA, JERRY SMITH and ANDREW DUCH, and Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., DR. DOE BAKER and NURSE DEBBIE DOE, by and through their respective counsel of record, that this case be dismissed with prejudice as to all Defendants pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own attorney fees and costs.

Dated: August 24, 2016

LAW OFFICES OF LARRY A BAUMBACH

By /s/ Larry A. Baumbach
Larry A. Baumbach
Attorney for Plaintiffs

Dated: August 22, 2016

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ Stephen E. Horan
Stephen E. Horan
William E. Camy
Attorneys for Defendants
COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S DEPARTMENT, KOREY HONEA, JERRY SMITH and ANDREW DUCH

Dated: August 22, 2016

THE LAW OFFICES OF JEROME M. VARANINI

By /s/ Jerome M. Varanini (authorized 8/22/16)
Jerome M. Varanini
Attorney for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC., JOHN BAKER, M.D. and DEBORAH SAEGER, MFT

{01590703.DOCX}

2

**STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER THEREON**

**IT IS SO ORDERED.**

Dated: _____, 2016

                                                _____
                                                Honorable Kimberly J. Mueller
                                                UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

{01590703.DOCX}   3
**STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER THEREON**